IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| SOUTHERN MOTION, INC. and FUSION FURNITURE, INC., <br><br> Plaintiffs, <br><br> v. <br><br> LOVES FURNITURE, INC AND US ASSETS, INC | ) ) ) ) ) ) ) ) ) ) ) ) )  CASE NO: 3:20-CV-13417-RHC |

**ORDER ALLOWING SUBSTITUTION**

IT IS HEREBY ORDERED that Kaminski Law, PLLC by Shanna M. Kaminski is permitted to substitute for Varnum LLP as attorney of record in the above-captioned matter.

IT IS SO ORDERED.

Dated:  February 1, 2021          s/Robert H. Cleland
                                  Hon. Robert H. Cleland